ALICE J. DUBERMAN, Appellant, v. DANIEL DUBERMAN, Respondent.— Order of the Supreme Court, Nassau County, dated July 8, 1971, affirmed,

without costs. No opinion. Appeal from order of the same court, dated September 27, 1971, which denied appellant's motion for reargument, dismissed, without costs. An order denying a motion for leave to reargue is not appealable. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.